UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Edys Renan Membrano-Diaz,

    Defendant.

No. 25-cr-20164

Hon. Judith E. Levy

# PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad prosequendum for defendant, Edys Renan Membrano-Diaz, and states:

Defendant is charged in this case with 8 U.S.C. § 1326(a) – Unlawful re-entry following removal.

Defendant is currently incarcerated at the Macomb Correctional Facility in Lenox, Michigan and is in the custody of the Michigan Department of Corrections, No. 728713.

Defendant's Sentencing has been scheduled for Tuesday, August 05, 2025 at 11:30 a.m. before Judith E. Levy, United States District Judge, at 200 E. Liberty

Street, Suite 300, Ann Arbor, MI 48104. A writ of habeas corpus ad prosequendum is necessary to secure defendant's presence at that proceeding.

WHEREFORE, the government requests this Court order the issuance of a writ of habeas corpus ad prosequendum directing the Michigan Department of Corrections, the United States Marshals Service, and any other interested federal law enforcement officer to produce Edys Renan Membrano-Diaz before the judicial officer and at the place and time stated above.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

s/ *Susan E. Fairchild*
Susan E. Fairchild
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Susan.Fairchild@usdoj.gov
313-226-9577
Bar # P41908

Date:  July 17, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Edys Renan Membrano-Diaz,

    Defendant.

No. 25-cr-20164

Hon. Judith E. Levy

# ORDER

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), it is hereby ordered that the government's Petition for Writ of Habeas Corpus ad prosequendum be granted and that the Clerk of the Court issue a writ of habeas corpus ad prosequendum in accordance with the government's petition.

s/Judith E. Levy
Judith E. Levy
United States District Judge

Date: July 17, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Edys Renan Membrano-Diaz**,**

    Defendant.

No. 25-cr-20164

Hon. Judith E. Levy

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   The Michigan Department of Corrections, the United States Marshals Service, and any other interested federal law enforcement officer.

Pursuant to the foregoing petition and order, you are directed to produce defendant Edys Renan Membrano-Diaz before the Honorable Judith E. Levy, United States District Judge, at 200 E. Liberty Street, Ann Arbor, MI 48104 on Tuesday, August 05, 2025, at 11:30 am for his Sentencing; and you are also directed to return Edys Renan Membrano-Diaz to the facility in which he is currently incarcerated when his presence before this Court is no longer required.

                                            KINIKIA D. ESSIX
                                            Clerk

                                      By:   s/Wiliam Barkholz
                                                 Deputy Clerk
                                                 (Seal)