# Carta

Jue 15 May 2025 / 20:29

El Dorado, Santa Bárbara Honduras. CA

25 de Mayo del 2025

Estimada Jueza Levy reciba un cordial y respetuoso saludo
Me permito dirigirme a usted mediante la presente. Comprendiendo la situación que está viviendo mi hermano legítimo Edys Renan Membreño Díaz. Soy quien le aconseja siempre a ser una buena persona en la sociedad. Quien emigro de Honduras a Estados Unidos de Norte América, con el fin de tener una mejor condición y superación de vida digna, y ayudarnos económicamente para la obtención de alimentación, y medicamentos cuando lo necesitan, para controlar la presión arterial. Principalmente a mis padres, ya que

hablando verdad somos de escasos recursos económicos sufrimos
mucho en nuestra infancia debido a que mi padre biológico fue una persona dedicada al consumo de alcohol.
En su estado de ebriedad nos maltrataba verbalmente y algunas veces, físicamente a mi mamá la golpeaba en presencia de nosotros fueron momentos de pánico viviendo violencia intrafamiliar acompañada de miseria, en ese entonces la casa que teníamos estaba construida de barro y baras. Debido a ese estilo de vida Edys abandonó el hogar a temprana edad de 16 años para trabajar como jornalero a mucha distancia de casa sólo él. Ya fuera de casa en visitaba no frecuente a mis padres después el decidió emprender el viaje hacia EUA. Y el durante estuvo ahí se mantuvo ocupado trabajando en rubro de la construcción así Edys enviaba remesa para e éste país Centro Americano recibiendo principalmente mis padres dichos envíos que mi persona retiraba en agencias bancarias para entregárselo a mis padres ya que mi padre no sabe correctamente leer ni escribir. Además ya son personas mis padres de tercera edad que viven en una vivienda construida de madera proporcionada por ayuda solidaria por parte del gobierno local y que carece de mejoras básicas como ser un taque de almacenamiento de agua y lava ropa y sanitario. Edys aquí se dedicó a trabajar en el campo en agricultura a la siembra y limpieza de de fincas de café. Por escasos recursos económicos no pudo continuar los estudios de secundaria mi persona le dió alojamiento o estadía durante él asistió a sus pocas clases que recibió solo los inició y los dejo para seguir trabajando y sobrevivir ayudando a su familia. Ya que viajaba de largas distancias y de regreso para la casa familiar porque la jornada de estudio era a distancia sólo los fines de semana yo vivía retirado de la familia rentando un apartamento porque trabajaba en una empresa exportadora de filete fresco de tilapia. Con el tiempo ocurrió una tragedia hace siete años en nuestra familia, un hermano nuestro falleció de forma violenta. Impactado por un disparo de arma de fuego calibre nueve mm, según las autoridades locales. Fuí alertado lejos de casa en horas de la madrugada un mes de abril del año 2018.
Por vecinos de mi familia. Ése mismo año perdimos otro hermano por parte de madre. Fue otra noticia que conmocionó a la la familia nuevamente, algo horrible de impacto emocional, doloroso para mis padres y demás familiares. Me despido respetuosamente de usted deseando éxitos en su delicada labor que realiza gracias.

Atentamente: Dennis Alexander Membreño Díaz

Titulo: Bachiller en Administración de Empresas.

Celular: ▮▮▮▮▮▮▮▮

Ex. A - 001

# Carta

Jue 15 May 2025 / 20:29

Ex. A - 002

Translation from Spanish to English of letter from Dennis Alexander Membreño Díaz, dated May 15, 2025. Translation by Mauricio Fernández de Córdova.

Letter

Thurs., May 15 2025 / 20:29

El Dorado, Santa Barbara, Honduras CA
May 25, 2025

Esteemed Judge Levy, please receive cordial and respectful greetings. I allow myself to address you via this letter. Understanding the situation that my legitimate brother Edys Renán Membreño Díaz is going through. I am the one who always advises him to be a good person in society. Who emigrated from Honduras to the United States of North America with the purpose of having better conditions and to get ahead with a decent life, and to help us financially to obtain food and medications when they are needed, to control blood pressure. Mainly my parents, since to tell the truth we are of low income. We suffered a lot in our childhood due to my biological father. He was a person who was dedicated to consuming alcohol.

In his state of inebriation, he would mistreat us verbally and sometimes, physically. He would hit my mother in our presence. These were moments of panic, living intrafamilial violence accompanied by misery. At that time the house we had was built from mud and rods. Due to this lifestyle, Edys left the home at the early age of 16 to work as a laborer a long distance from home, just him. Once out of the house, he visited our parents infrequently. After, he decided to undertake the trip to the USA. And while he was there, he stayed busy working in the area of construction. That way, Edys would send remittances to this country in Central America, mainly my parents receiving what was sent, that my person would withdraw from banking agencies to deliver to my parents, since my father doesn't know how to read or write correctly. In addition, my parents are now elderly people who live in a home made from wood, provided by supportive aid from the local government, and which lacks basic improvements like a water storage tank and a washing machine and a toilet. Edys here worked in the area of agriculture, planting and clearing coffee farms. Due to low financial resources, he couldn't continue his secondary education. I personally gave him lodging or a place to stay during the few classes he took. He just started them and then quit to keep working and surviving, helping his family. Because he traveled long distances to return to the family home, because the school day was some distance away, just on weekends. I lived apart from the family, renting an apartment because I worked at a fresh tilapia filet export business. After a time, a tragedy occurred in our family. A brother of ours passed away in a violent way. Hit by a bullet from a nine mm gun, according to the local authorities. I was alerted far from home during the early morning hours in the month of April of 2018 by my family's neighbors. That same year, we lost another brother from my mother's side.

It was more news that affected the family again, something that had a horrible emotional impact, painful for my parents and other family members. I respectfully say goodbye, wishing you success in the complicated work you do, thank you.

Sincerely, Dennis Alexander Membreño Díaz

Degree: Bachelor in Business Administration

Cell phone: ██████████

# Carta

Lun 02 Jun 2025 / 18:55

---

El Ocote Ilama, Santa Bárbara Honduras. CA

Estimada Jueza Levy reciba un Sincero saludo, de parte la madre biológica de Edys Renan Membreño Díaz.

Me permito dirigirme a usted mediante la presente, con humildad y mucho respeto dando gracias a Dios por este momento de poder expresarle este escrito con la ayuda de mi hijo Dennis, ya qué sin él, se me hace casi imposible, pues no sé leer ni escribir. Estoy sabida de la situación que está atravesado mi hijo Edys, en Norteamérica Estados Unidos. Como madre me dá mucha tristeza saber lo le está sucediendo, no me siento bien con estas noticias, por lo cual yo siempre insistí muchos dándole consejos buenos cada vez que hablaba con él, donde se encontrará tengo mucha fe que lo veré nuevamente un día si Dios me da vida porque ya soy una persona de 72 años de edad he sufrido mucho en vida. Por varias razones ya hacen varios años casi muero por la perdida para siempre de mis dos hijos. Antes también viví mucha violencia con mi pareja de malos tratos humillantes, atemorizado a todos sin apoyo de la demás familia no lo denuncié por temor a algo más grave, propinándome golpes pero, nunca abandoné mis hijos menores, cuando el andaba tomado de alcohol. He soportando grandes sufrimientos, en la parte económicos pobreza extrema escasez de alimentación. Cuando Edys me enviaba remesas la verdad nos estábamos ayudándonos muchos el enviaba cada dos semanas mi hijo Dennis lo retiraba y nos lo entregaba el efectivo. Es difícil saber una situación no favorable de un hijo más si si se encuentra alejado de nosotros los padres. Y demás seres queridos. Edys aquí se dedicaba hacer trabajos de agricultura sembrando maíz y frijol.

Así también en en fincas de café, recolección del grano y limpieza siembra. El empezó a estudiar secundaria pero no tenía los recursos económicos suficientes, él se retiro de los estudios para seguir trabajando. Edys salió de casa a trabajar de casa a mucha distancia. Siempre en trabajos de agricultura. Siempre nos visitaba nos daba dinero de lo que el ganaba por allá donde se encontraba trabajando. Después el decidió hacer el viaje a Estados Unidos. Estubo en México un buen tiempo trabajando en construcción. Me despido de usted con respeto le deseo lo mejor en su actividad o trabajo difícil que realiza gracias.

Atentamente: Electeria Díaz

Ocupación: ama de casa

Celular: ████████

Ex. A - 005

Translation from Spanish to English of letter from Electeria Díaz dated June 2, 2025. Translation by Mauricio Fernández de Córdova.

Letter

Mon., June 2, 2025 / 18:55

El Ocote Ilama, Santa Bárbara, Honduras CA

Esteemed Judge Levy, please receive a sincere greeting from the biological mother of Edys Renán Membreño Díaz.

 I allow myself to address you via this letter, with humility and much respect, thanking God for this moment to be able to express to you this writing, with the help of my son Dennis, because without him, it is almost impossible for me, since I don't know how to read or write. I am aware of the situation that my son Edys is going through in North America United States. As a mother, it gives me much sadness to know what is happening to him. I don't feel good with this news, because I always insisted to him, giving him good advice every time I would talk to him. Wherever he ends up, I have a lot of faith that I will see him again one day if God gives me life, because I am now a 72-year-old person. I have suffered a lot in my life for several reasons. Several years ago, I almost died from losing my two sons forever. Before, I also lived with a lot of violence from my spouse, humiliating mistreatment, terrorizing everyone with no help from the rest of the family. I didn't report him out of fear of something worse, receiving blows, but I never abandoned my young children when he was drunk from alcohol. I have endured great suffering, on the financial side, extreme poverty, food scarcity. When Edys would send me remittances, the truth is he was helping us a lot. He would send it every two weeks. My son Dennis would withdraw it and he would deliver it to us in cash. It is difficult to know of an unfavorable situation of a child, more so if he is far from us, his parents, and other loved ones. Edys here worked in agriculture, growing beans and corn.

He also worked on coffee farms, harvesting beans and weeding the crops. He started to go to secondary school but he didn't have enough financial resources. He withdrew from his classes to keep working. Edys left home to work at a great distance. Always in agricultural work. He would always visit us, he would give us money from what he earned over where he was working. Afterwards, he decided to travel to the United States. He was in Mexico for a while, working in construction. I say goodbye to you, I wish you the best in your activity or the difficult work that you do. Thank you.

Sincerely, Electeria Díaz

Ex. A - 006

Occupation: housewife

Cell phone: ███████

# Carta

Jue 26 Jun 2025 / 19:02

---

El Ocote Ilama Santa Bárbara Honduras CA
25 de Junio del 2025

Estimada Jueza Levy reciba un cordial y respetuoso saludo de parte de el padre biológico de Edys Renán Membreño Díaz
Me permito dirigirme a usted mediante la presente.
Sé de lo que le a sucedido a mi hijo la situación que enfrenta actualmente. Como padre me siento triste al saber que mi hijo no está gozando de libertad, el aquí a Sido una persona dedicada a trabajar honradamente lo que le enseñe el trabajo en el campo en agricultura hasta que el ya era independiente de padre y madre.
El salió de casa a trabajar de jornalero
Pues yo no pude pagar un colegio de estudio para que se preparara académicamente, por la pobreza extrema que hemos tenido lo poco de dinero que gano es para gastos de alimentación lo necesario. Nosotros ya somos personas de tercera edad ya casi no puedo trabajar mucho no tengo tantas fuerzas. Por estás situaciones que enfermos difíciles de economía mi hijo decidió viajar a los Estudios Unidos algo muy difícil al dejar su familia aquí.
Con sacrificio el llegó y lo primero que hizo fue buscar un empleo para poder sobrevivir y con la intención de ayudar a su familia.
El estaba trabajando en la construcción de lo que el ganaba trabajando nos enviaba remesas mi otro hijo retiraba y nos lo entregaba a nosotros con eso nos ayudamos bastante con nuestros gastos también servía para comprar medicamentos para nosotros. Éste escrito se hizo gracias a la ayuda de mi otro hijo Dennis, porque no se leer ni escribir. Me despido de usted deseando éxitos en su labor tan delicada que realiza gracias

Atentamente: Humberto Membreño

Celular: ███████

Ex. A - 008

Translation from Spanish to English of letter from Humberto Membreño dated June 26, 2025. Translation by Mauricio Fernández de Córdova.

Letter

Thur., June 26, 2025 / 19:02

El Ocote Ilama Santa Barbara, Honduras CA
June 25, 2025

Esteemed Judge Levy, please receive cordial and respectful greetings from the biological father of Edys Renán Membreño Díaz. I allow myself to address you via this letter.

I know what happened to my son, the situation he is presently facing. As a father, I feel sad to know that my son is not enjoying freedom. Here, he has been a person dedicated to honest work, which I taught him to work in the field of agriculture, until he was independent from his father and mother.

He left his house to work as a laborer. I couldn't pay for an education for him to be prepared academically. Due to the extreme poverty that we have had the little money I earn is to spend on food expenses, what is necessary. We are now elderly people, and I now can barely work, I don't have the strength. Due to these difficult financial problem situations that we face, my son decided to travel to the United States, something very difficult to leave his family here.

With sacrifice, he arrived and the first thing he did was seek employment to be able to survive and with the intention of helping his family.

He was working in construction, and from what he earned he would send us remittances that my other son would withdraw and deliver to us. With that, it was a big help for our expenses. It was also used to buy medications for us. This writing was done thanks to the help of my other son Dennis, because I don't know how to read or write. I say goodbye to you, wishing you success in the very complicated work that you do. Thank you.

Sincerely, Humberto Membreño

Cell pone: ███████

Ex. A - 009